# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRIAN WALKER** as personal representative of the estate of **SOPHIE C. WALKER** and as assignee of the estate of **ANDRES IGNACIO RODRIGUEZ GOMEZ,**
Appellant,

v.

**GEICO INDEMNITY COMPANY,** and **CARLOS ENRIQUE GILL RAMIREZ** a/k/a **CARLOS GILL,**
Appellees.

No. 4D20-799

[May 12, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2016-CA-004453-XXXX-MB.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, & Littky-Rubin, LLP, West Palm Beach, and Stephen A. Marino, Jr., of Ver Ploeg & Marino, P.A., Miami, and Jeff M. Brown of LaValle, Brown, & Ronan, P.A., Boca Raton, for appellant.

Richard A. Weldy, B. Richard Young and Adam A. Duke of Young, Bill, Boles, Palmer, Duke & Thompson, P.A., Miami, for appellee Geico Indemnity Company.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***